UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

SAMUEL MASON JR.
                                        CIVIL ACTION

VERSUS
                                        NUMBER 10-143-FJP-SCR

MICHAEL J. ASTRUE,
COMMISSIONER OF SOCIAL SECURITY

O P I N I O N

After independently reviewing the entire record in this case and for reasons set forth in the Magistrate Judge's Report to which an objection was filed:

IT IS ORDERED that the final decision of Michael J. Astrue, Commissioner of Social Security, denying the claim of Samuel Mason Jr. for disability and supplemental security income (SSI) benefits shall be affirmed and this action shall be dismissed.

Judgment shall be entered accordingly.

Baton Rouge, Louisiana, May 25, 2011.

FRANK J. POLOZOLA
MIDDLE DISTRICT OF LOUISIANA

Doc#47276